McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and LYNNE HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>DANIEL E. MAHONEY,<br><br>Respondent. | 2:07-cv-02101-MCE-EFB<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS AND ENFORCING I.R.S. SUMMONS**<br><br>Taxpayer: DANIEL E. MAHONEY |

The United States and Revenue Officer Lynne Hartmann here petition for enforcement of an IRS summons. The matter was placed before United States Magistrate Judge Edmund F. Brennan under 28 U.S.C. § 636 *et seq.* and Local Rule 73-302. On October 10, 2007, Judge Brennan issued an Order to Show Cause, ordering the respondent Daniel E. Mahoney to show cause why the IRS summons issued to respondent on July 6, 2007, should not be enforced. The petition and order to show cause were sufficiently served upon respondent and respondent had actual notice of the hearing. Respondent did not file an opposition to enforcement under paragraph 6 on page 2 of the Order to Show Cause.

///

///

1  Judge Brennan presided at the show-cause hearing on December 5, 2007, at which
2  respondent failed to appear.  On December 27, 2007, Judge Brennan filed Findings and
3  Recommendations, finding that the requirements for summons enforcement had been
4  satisfied and recommending that the summons be enforced.  Neither side filed objections
5  to the Magistrate Judge's findings and recommendations.

6  I have reviewed the entire record de novo under 28 U.S.C. § 636(b)(1)(C) and
7  Local Rule 72-304.  I am satisfied that the Magistrate Judge's findings and
8  recommendations are supported by the record and by proper analysis, and that the
9  requested and unopposed summons enforcement should be granted.  Accordingly, it is
10 hereby ORDERED as follows:

11  1.  The Magistrate Judge's Findings and Recommendations Re: I.R.S. Summons
12 Enforcement, filed December 27, 2007, are ADOPTED IN FULL.

13  2.  The I.R.S. summons issued to respondent Daniel E. Mahoney on July 6, 2007,
14 is ENFORCED.

15  3.  Respondent Daniel E. Mahoney is ORDERED to appear at the I.R.S. offices at
16 4330 Watt Avenue, Sacramento, California, 95821, before Revenue Officer Lynne
17 Hartmann or her designated representative, within 21 days of the issuance of this order, or
18 at a later time and date to be set by Revenue Officer Hartmann, then and there to be
19 sworn, to give testimony, and to produce for examining and copying the books, checks,
20 records, papers and other data demanded by the summons, the examination to continue
21 from day to day until completed.

22  4.  The Clerk shall serve this order to respondent by mail.
23  It is SO ORDERED.

Dated: January 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE