McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioners
UNITED STATES OF AMERICA and R.O. LYNNE HARTMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and LYNNE HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>DANIEL E. MAHONEY,<br><br>Respondent. | No. 2:07-CV-02101-MCE-EFB<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Taxpayer: Daniel E. Mahoney<br><br>Date: Wednesday, June 4, 2008<br>Time: 10:00 a.m.<br>Judge: Hon. Edmund F. Brennan<br>(Crtrm. # 25, 8th Floor) |

Upon the petition of McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, including the declaration of Revenue Officer LYNNE HARTMANN, it is hereby:

ORDERED that the Respondent, DANIEL E. MAHONEY, appear before United States Magistrate Judge Edmund F. Brennan, in that Magistrate Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Wednesday, June 4, 2008, at 10:00 a.m., and that respondent show cause as follows:

1. Why respondent, DANIEL E. MAHONEY, should not be held in civil contempt of this Court for his failure to comply with the Order filed on January 9, 2008, directing respondent to comply with the I.R.S. Summons issued on July 6, 2007.

1    2.  Why the respondent should not be incarcerated and ordered to pay a daily fine
2 until he complies with the Order, and ordered to pay a compensatory fine to the United
3 States.
4    IT IS FURTHER ORDERED that within 7 calendar days after the filing of this
5 Order, the respondent shall file and serve a written response to the Petition re: Civil
6 Contempt of Order Filed April 22, 2008.  Only those issues brought into controversy by
7 the responsive papers and supported by declaration will be considered at the hearing on
8 this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be
9 considered admitted.
10    Respondent is hereby notified that a failure to comply with this Order will subject
11 respondent to possible further sanctions for contempt of Court.
12    The Clerk shall forward copies of the Order to the Magistrate Judge, the
13 respondent and the United States Attorney.
14    It is SO ORDERED.
15 DATED:  April 25, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT                                                         Page 2