UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and LYNNE HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>DANIEL E. MAHONEY,<br><br>Respondent. | No. 2:07-CV-02101-MCE-EFB<br><br>ORDER FOR ISSUANCE OF BENCH WARRANT FOR FAILURE TO APPEAR IN RE CIVIL CONTEMPT<br><br>Taxpayer: Daniel E. Mahoney |

This matter was before the court on June 4, 2008, for hearing on the court's Order to Show Cause In Re Civil Contempt. That order issued on April 28, 2008, and directed respondent, Daniel E. Mahoney, to appear and show cause why he should not be found in civil contempt for his failure to obey this court's earlier order that he comply with the IRS Summons filed January 9, 2008. Yoshinori H. T. Himel, Assistant United States Attorney, appeared for petitioners, and petitioning Revenue Officer Lynne Hartmann was present. Respondent Mahoney, despite having been served with the order, failed to appear. He also failed to file any written response to the Order to Show Cause.

That order cautioned respondent that any uncontested allegation in the Petition Re: Civil Contempt would be deemed admitted, and that failure to comply with the order would subject respondent to further possible sanctions.

1

In light of Mahoney's disobedience of the court's order, the court finds that, under I.R.C. § 7604(b), respondent Mahoney should be brought before the court and be subjected to the court's compulsory powers of civil contempt to compel his compliance with the court's orders. Accordingly, a bench warrant shall issue for Mahoney's arrest and production before the court. Upon his arrest, Mahoney's initial appearance shall be before the undersigned, and a time shall be scheduled for his appearance before the District Judge for disposition of the civil contempt, including the imposition of any appropriate monetary sanctions or incarceration to compel compliance with the court's orders. At the initial appearance the undersigned will consider appointment of counsel under *United States v. Kang*, 468 F.2d 1368, 1369 (9th Cir. 1972).

SO ORDERED.

DATED: July 15, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE