FILED
October 14, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Daniel Mahoney, ) <br> ) <br> Defendant. ) | Case No. 2:07-cv-2101 MCE EFB <br><br> ORDER OF RELEASE |

TO:  UNITED STATES MARSHAL:

This is to authorize the continuing release of Daniel Mahoney  Case 2:07-cv-2101 MCE EFB subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    _    Unsecured bond in the amount of.

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    _    (Other)_____

Issued at Sacramento, CA on 10/14/08    at  3:15 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge