McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

Attorneys for Petitioners
UNITED STATES OF AMERICA and R.O. LYNNE HARTMANN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and LYNNE HARTMANN, Revenue Officer, Internal Revenue Service,<br><br>　　　　　Petitioners,<br><br>　v.<br><br>DANIEL E. MAHONEY,<br><br>　　　　　Respondent. | Case No. 2:07-cv-02101-MCE-EFB<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING**<br><br>Taxpayer: Daniel E. Mahoney<br><br>Date: Thursday, February 5, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr.<br>　　(Crtrm. # 7, 14th Floor) |

　　The parties, through their undersigned counsel of record, hereby stipulate, subject to the approval of the District Judge, that the Order to Show Cause hearing currently scheduled for Thursday, December 4, 2008, be continued until Thursday, February 5, 2009, at 10:00 a.m. before District Judge Morrison C. England, Jr.

DATED: November 25, 2008　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　/s/ Y. H. T. Himel
　　　　　　　　　　　　　　　　　　YOSHINORI H. T. HIMEL
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: November 25, 2008　　　　/s/ Benjamin Galloway
　　　　　　　　　　　　　　　　　　　　　BENJAMIN GALLOWAY
　　　　　　　　　　　　　　　　　　　　　Public Defender for Respondent
　　　　　　　　　　　　　　　　　　　　　Daniel E. Mahoney

## ORDER

IT IS HEREBY ORDERED that the Order to Show Cause Hearing is hereby continued to Thursday, February 5, 2009, at 10:00 a.m. in Courtroom 7.

DATED:

Dated: December 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE